UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILLIAM F. MORAN,                                                                              Plaintiff,

v.                                                           Civil Action No. 3:22-cv-118-DJH-LLK

AMERIHOME MORTGAGE CO., LLC et al.,                                        Defendants.

\* \* \* \* \*

### ORDER

Plaintiff William F. Moran sued Defendants Amerihome Mortgage Co., LLC; Equifax Information Services, LLC; Experian Information Services, Inc.; Trans Union, LLC; and H. Lynn Whobrey Agency. (Docket No. 1) Pursuant to a notice of voluntary dismissal, the Court dismissed Moran's claims against Equifax (D.N. 15), Trans Union (*id.*), and Experian. (D.N. 35) The Court likewise dismissed Moran's claims against H. Lynn Whobrey Agency after the parties filed a proposed agreed order of dismissal. (D.N. 44) Moran and the remaining defendant, Amerihome Mortgage, participated in settlement negotiations and ultimately informed U.S. Magistrate Judge Lanny King that the parties "reached a settlement agreement." (D.N. 62) Amerihome Mortgage subsequently filed a motion to enforce the settlement agreement. (D.N. 77) The Court referred the motion to Judge King for a report and recommendation. (D.N. 85) Judge King issued his Report and Recommendation on April 17, 2025, recommending the Court grant Amerihome Mortgage's motion to enforce settlement agreement and deny its request for attorney fees. (D.N. 86, PageID.332)

The time for objections to Judge King's recommendation has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Because no party has objected to the report and recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474

U.S. 140, 150 (1985). Nevertheless, the Court has conducted its own review of the record and finds no error in Judge King's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Report and Recommendation of U.S. Magistrate Judge Lanny King (D.N. 86) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) The motion to enforce the settlement agreement (D.N. 77) is **GRANTED** in part and **DENIED** in part. The motion is granted as to the enforcement of the settlement agreement. It is denied as to the request for attorney fees.

(3) The claims against Amerihome Mortgage are **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**. Moran and Amerihome Mortgage shall have **thirty (30)** days to report that the matter is finalized and may be closed by order of dismissal with prejudice.

May 16, 2025

**David J. Hale, Judge**
**United States District Court**